IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

C. D. PICKLE, JR.                                                                          PETITIONER

v.                                                                           No. 4:21CV9-SA-JMV

BURL CAIN, ET AL.                                                                     RESPONDENTS

FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition

for a writ of *habeas corpus* is DISMISSED with prejudice for want of substantive merit.

SO ORDERED, this, the 12th day of May, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE