IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

C. D. PICKLE, JR.                                                                      PETITIONER

v.                                                                           No. 4:21CV9-SA-JMV

BURL CAIN, ET AL.                                                                    RESPONDENTS

### ORDER DENYING PETITIONER'S MOTION [21]
### FOR A CERTIFICATE OF APPEALABILITY

This matter comes before the court on the motion [21] by the petitioner for a Certificate of Appealability. As the court has previously found that a Certificate of Appealability is not warranted in this case, the instant motion is **DENIED**.

**SO ORDERED**, this, the 8th day of June, 2021.

/s/ Sharion Aycock
U. S. DISTRICT JUDGE